Civil Action No. 1:22-cv-264(LEK/DJS)

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l).)*

This summons for *(name of individual and title, if any)*  **Kwiat Eye and Laser Surgery, PLLC**
was received by me on **March 17, 2022**

☐ I personally served the Summons in a Civil Action, Complaint Jury trial Demanded, Initial Scheduling Order on the individual at , , on 11:40 AM

☐ I left the Summons in a Civil Action, Complaint Jury trial Demanded, Initial Scheduling Order at the individual's residence or usual place of abode with    , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the Summons in a Civil Action, Complaint Jury trial Demanded, Initial Scheduling Order to **Dr. David Kwiat - Owner**, who is designated by law to accept service of process on behalf of **Kwiat Eye and Laser Surgery, PLLC** on **March 21, 2022 11:40 AM at 100 Holland Circle Drive Amsterdam, NY 12010.**

☐ I returned the Summons in a Civil Action, Complaint Jury trial Demanded, Initial Scheduling Order unexecuted because;

other *(specify)*:

I declare under penalty of perjury that this information is true.

Date:  _____    Server's signature: Elimian  3/23/22

STATE OF _____
COUNTY OF **Albany**
On the **23** day of **March**, 20**22**, before me personally came **Solomon Elimian**, to me known to be the individual described in, and who executed, the foregoing instrument, and acknowledges that he/she executed the same.

Notary Public: *Chanehwattie Outar*

**Solomon Elimian**
Printed name and title

Contracted by
10015 Old Columbia Road, #B215
Columbia, MD 21046
(410) 551-6017
Server's Address

CHANDRAWATTIE OUTAR
Notary Public - State of New York
NO. 01OU6258569
Qualified in Schenectady County
My Commission Expires Mar 26, 2024

A0440-L206064